**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, ) | No. C 04-1939 SBA (pr) |
| ) Plaintiff, ) | **JUDGMENT** |
| v. ) | |
| ) A. HEDGPETH, et al., ) | |
| ) Defendants. ) | |
| _____ ) | |

Pursuant to the Court's Order granting Defendants' motion to dismiss signed today, judgment is hereby entered dismissing this action without prejudice for failure to exhaust administrative remedies. 42 U.S.C. § 1997e. Plaintiff's claims against Defendants Williams, Zavala, Hedgpeth, Winn and Traynham are DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies. His claims against Defendants Scribner and Wikoff are also DISMISSED WITHOUT PREJUDICE as unexhausted.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: September 28, 2007

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.04\Johnson1939.jud.frm